The Honorable James L. King

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BWP MEDIA USA INC., <br><br> Plaintiff, <br><br> v. <br><br> LA FAMILIA MEDIA LLC, <br><br> Defendant. | No. 1:13-cv-21620-JLK |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BWP MEDIA USA INC. hereby notifies this Court and the Defendant, LA FAMILIA MEDIA LLC, that it voluntarily dismisses with prejudice all of its claims against the Defendant, LA FAMILIA MEDIA LLC in the above-captioned action. Rule 41(a) provides that a notice of dismissal is appropriate for voluntary withdrawal before the opposing party serves either an answer or a motion for summary judgment.

In this case, the Defendant, LA FAMILIA MEDIA LLC has neither filed an answer or a motion for summary judgment. The Plaintiff filed the above-captioned action on May 6, 2013. (Doc. 1).

Dated: June 13, 2013

Respectfully submitted,

/s/ Craig B. Sanders
Craig B. Sanders (Bar No. 0985686)
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516-203-7600
Fax: 516-281-7601
Email: csanders@sanderslawpllc.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE
SOUTHERN DISTRICT OF FLORIDA

I hereby certify that on this 13th day of June 2013, the foregoing Notice of Voluntary Dismissal with Prejudice was filed through the Court's CM/ECF filing system and was also served via U.S. Mail upon the Defendant, LA FAMILIA MEDIA LLC, 14362 Southwest 96th Lane, Miami Florida 33186.

/s/ Craig B. Sanders
Attorney for Plaintiff